[No. 28924-1-I.   Division One.   August 31, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. LORENZO THOMAS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-03120-3, Anthony P. Wartnik, J., entered July 29, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 27965-3-I.   Division One.   August 31, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. VALERIE WIESE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-06300-0, George T. Mattson, J., entered February 12, 1991. *Reversed* by unpublished opinion per Forrest, J., concurred in by Scholfield and Agid, JJ.

[No. 27076-1-I.   Division One.   August 31, 1992.]

*In the Matter of the Marriage of* CLAIRE J. LEWIS, *Respondent, and* BARRY A. LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 86-3-07236-9, Katherine C. Hershey, J. Pro Tem., entered September 20, 1990. *Remanded* by unpublished opinion per Baker, J., concurred in by Webster, A.C.J., and Kennedy, J.